IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PARALLEL IRON, LLC,     )
            )
     Plaintiff,   )
            )
  v.        )  C.A. No. 13-367 (RGA)
            )
GOOGLE INC.,      )
            )
     Defendant.  )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Google's Supplemental Invalidity Contentions* were caused to be served on October 17, 2013 upon the following in the manner indicated:

Richard D. Kirk, Esquire           *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Parallel Iron LLC*

Marc A. Fenster, Esquire           *VIA ELECTRONIC MAIL*
Alexander C.D. Giza, Esquire
Paul A. Kroeger, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
*Attorneys for Parallel Iron LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Paul Saindon

_____

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

A. John P. Mancini
Michael J. Word
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500

Stephen E. Baskin
Ann Marie Duffy
Saqib Siddiqui
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

October 17, 2013
7178401.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 17, 2013, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                   *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Parallel Iron LLC*

Marc A. Fenster, Esquire                                   *VIA ELECTRONIC MAIL*
Alexander C.D. Giza, Esquire
Paul A. Kroeger, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
*Attorneys for Parallel Iron LLC*

/s/ Paul Saindon
_____
Paul Saindon (#5110)