# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC<br><br>                    Plaintiff,<br>    v.<br>GOOGLE INC.,<br><br>                    Defendant. | C.A. No. 13- 367-RGA |

**PLAINTIFF PARALLEL IRON LLC'S NOTICE OF DEPOSITION OF
<u>SANJAY GHEMAWAT</u>**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Parallel Iron LLC will take the deposition of Google Inc. employee Sanjay Ghemawat upon oral examination as follows:

Date:       December 11, 2013

Time:       9:00 a.m.

Location:   Regus Conference Center

            800 West El Camino Real, Suite 180

            Mountain View, CA 94040

The deposition will be recorded stenographically by a court reporter licensed to administer oaths, and may be recorded by videotape. The deposition may also be transcribed in Live Note. The deposition will continue from day to day, weekends and holidays excluded, until completed.

October 18, 2013

OF COUNSEL:

Marc Fenster
Alexander C.D. Giza
Paul A. Kroeger
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
(310) 826-7474

BAYARD, P.A.

/s/ Sara E. Bussiere
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com
(302) 655-5000

*Attorneys for Plaintiff Parallel Iron, LLC*