IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-763 (RGA) |
| | ) |
| AMAZON WEB SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-764 (RGA) |
| | ) |
| EMC CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-876 (RGA) |
| | ) |
| FACEBOOK INC., | ) |
| | ) |
| Defendant. | ) |
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-877 (RGA) |
| | ) |
| LINKEDIN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 12-880 (RGA) |
| | ) |
| ORBITZ, LLC, | ) |
| | ) |
|         Defendant. | ) |

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 12-1035 (RGA) |
| | ) |
| NETFLIX, INC., | ) |
| | ) |
|         Defendant. | ) |

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 13-367 (RGA) |
| | ) |
| GOOGLE INC. | ) |
| | ) |
|         Defendant. | ) |

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 13-443 (RGA) |
| | ) |
| CLOUDERA, INC. | ) |
| | ) |
|         Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Supplemental Invalidity Contentions* were caused to be served on October 30, 2013 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                    *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Parallel Iron LLC*

Marc A. Fenster, Esquire                                                    *VIA ELECTRONIC MAIL*
Alexander C.D. Giza, Esquire
Paul A. Kroeger. Esquire
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
*Attorneys for Parallel Iron LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
─────────────────────────────
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Orbitz LLC*

October 30, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 30, 2013, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                        *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Parallel Iron LLC*

Marc A. Fenster, Esquire                                        *VIA ELECTRONIC MAIL*
Alexander C.D. Giza, Esquire
Paul A. Kroeger, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
*Attorneys for Parallel Iron LLC*


                                                        */s/ Michael J. Flynn*
                                        _____
                                        Michael J. Flynn (#5333)