**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARALLEL IRON, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, LLC, *et al.*,<br><br>                Defendants. | C.A. No. 12-763 (RGA) |
| PARALLEL IRON, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>EMC CORPORATION,<br><br>                Defendant. | C.A. No. 12-764 (RGA) |
| PARALLEL IRON, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>HITACHI DATA SYSTEMS CORPORATION and BLUEARC CORPORATION,<br><br>                Defendants. | C.A. No. 12-766 (RGA) |
| PARALLEL IRON, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>NETAPP, INC.,<br><br>                Defendant. | C.A. No. 12-769 (RGA) |

| | |
|---|---|
| PARALLEL IRON, LLC, <br><br>                     Plaintiff, <br><br>      v. <br><br>FACEBOOK INC., <br><br>                     Defendant. | C.A. No. 12-876 (RGA) |
| PARALLEL IRON, LLC, <br><br>                     Plaintiff, <br><br>      v. <br><br>LINKEDIN CORPORATION, <br><br>                     Defendant. | C.A. No. 12-877 (RGA) |
| PARALLEL IRON, LLC, <br><br>                     Plaintiff, <br><br>      v. <br><br>ORBITZ, LLC, <br><br>                     Defendant. | C.A. No. 12-880 (RGA) |
| PARALLEL IRON, LLC, <br><br>                     Plaintiff, <br><br>      v. <br><br>NETFLIX, INC. <br><br>                     Defendant. | C.A. No. 12-1035 (RGA) |
| PARALLEL IRON, LLC, <br><br>                     Plaintiff, <br><br>      v. <br><br>GOOGLE INC. <br><br>                     Defendant. | C.A. No. 13-367 (RGA) |

| | |
|---|---|
| PARALLEL IRON, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CLOUDERA, INC. <br><br> Defendant. | C.A. No. 13-443 (RGA) |

**PLAINTIFF PARALLEL IRON LLC'S NOTICE OF DEPOSITION OF <u>UNIFIED PATENTS</u>**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Parallel Iron LLC will take the deposition of Unified Patents upon oral examination as follows:

Date: November 12, 2013

Time: 9:00 a.m.

Location: Crowne Plaza Palo Alto

4290 El Camino Real

Palo Alto, CA 94306

The deposition will be recorded stenographically by a court reporter licensed to administer oaths, and may be recorded by videotape. The deposition may also be transcribed in Live Note. The deposition will continue from day to day, weekends and holidays excluded, until completed.

You are invited to attend and cross-examine.

| | |
|---|---|
| October 31, 2013 | BAYARD, P.A. |
| OF COUNSEL:<br>Marc Fenster<br>Brian Ledahl<br>Russ August & Kabat<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025<br>mfenster@raklaw.com<br>bledahl@raklaw.com<br>(310) 826-7474 | */s/ Sara E. Bussiere*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>Sara E. Bussiere (sb5725)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com<br>(302) 655-5000<br><br>*Attorneys for Plaintiff Clouding IP, LLC* |