IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-763 (RGA) |
| | ) |
| AMAZON WEB SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-764 (RGA) |
| | ) |
| EMC CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-876 (RGA) |
| | ) |
| FACEBOOK INC., | ) |
| | ) |
| Defendant. | ) |
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-877 (RGA) |
| | ) |
| LINKEDIN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-880 (RGA) |
| | ) |
| ORBITZ, LLC, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1035 (RGA) |
| | ) |
| NETFLIX, INC., | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-367 (RGA) |
| | ) |
| GOOGLE INC. | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-443 (RGA) |
| | ) |
| CLOUDERA, INC. | ) |
| | ) |
| Defendant. | ) |

## <u>REVISED JOINT CLAIM CONSTRUCTION CHART</u>

Pursuant to Paragraph 11 of the Scheduling Order, the parties submitted a Joint Claim Construction Chart (C.A. No. 12-763, D.I. 34) to the Court on July 26, 2013.  The parties submit this Revised Joint Claim Construction Chart because the parties have narrowed the claim terms at issue or altered their originally proposed constructions after submitting the original chart.  The changes from the original chart include:

- The parties have agreed on the construction of the term "error";

- The parties have dropped the terms "address" and "external management system";

- Plaintiff changed its proposed constructions for Terms 1, 2, 3, 4, 6, 7, 9, 10, 11, and 12 in its Opening Brief;

- Plaintiff dropped its assertion of Claim 7 of the '388 Patent and Claim 19 of the '177 against all Defendants, which included the 10 means-plus-function claim terms; and

- Reordering of the terms to reflect the order in the Joint Claim Construction Brief.

The parties' proposals for the construction of terms in dispute is attached as Exhibit A hereto ("Statement of Disputed Terms"), with intrinsic evidence outside the patents attached as Exhibits 1-12.  The parties' proposals for the terms upon which they agree are set forth in Exhibit B hereto ("Statement of Agreed-Upon Terms").  Copies of the three patents-in-suit are attached as Exhibit C.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Parallel Iron, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Orbitz LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendants Amazon Web
Services, LLC, Amazon.com, Inc., EMC Corp.,
Google Inc., LinkedIn Corporation, and
Netflix, Inc.*

BLANK ROME LLP

/s/ Steven L. Caponi
Steven L. Caponi (#3484)
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
caponi@blankrome.com

*Attorneys for Defendant Facebook Inc.*