# EXHIBIT A

# STATEMENT OF DISPUTED TERMS

| Claim Term | Appears in Asserted Claim Nos. | Parallel Iron's Proposed Constructions and Intrinsic Evidence Citations | Defendants' Proposed Constructions and Intrinsic Evidence Citations[1] |
|---|---|---|---|
| (1) "algorithm/routing algorithm" | '662 Patent, claim 1, 4, 5, 6, 12, 13, 14; <br><br> '177 patent, claim 1, 13, 19; <br><br> '388 patent, claim 1, 2, 3, 7, 8, 12, 14 | **Proposed Construction:** <br><br> Plain and ordinary meaning, <br><br> or, alternatively, <br><br> rules in software for [configuring/changing] a path between an incoming interface and an outgoing interface <br><br> **Intrinsic Evidence:** <br> The '662 Patent, 9:52-64; 13:53-14:6; 14:55-60; 18:48-58; 19:21-34; 23:30-54; The '177 Patent, 9:38-51; 14:30-34; 18:16-26, 18:54-67;23:10-15; The '388 Patent, 9:41-53; 13:30-48; 14:30-35; 18:16-26; <br><br> Summary Section of the Invention of the '662, '177 and '388 patents. | **Proposed Construction:** <br><br> rules in software executed by a switch for [configuring/ changing] a path through the physical interconnections between an incoming interface and an outgoing interface, not including consulting a table <br><br> **Intrinsic Evidence:** <br> '662 Patent: Col. 6:6-8, 9:55-65, 13:53-60; 19:28-31, 14:21-16:24, 16:62-17:44, 25:18-26, and Figs. 2-4, 6-8, and 11 <br><br> File History of the '177 Patent: Amendment dated July 18, 2008 (Exhibit 1). <br><br> File History of U.S. Patent No. 7,543,177, Reply to Office Action, February 23, 2009, at page 11 (Exhibit 2). <br><br> File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at page 11 (Exhibit 3). |

---

[1]  For clarity and to reduce duplication, Defendants' citations to one patent-in-suit are intended to include the corresponding references to the other patents-in-suit.  Defendants' intrinsic cites are illustrative and not intended to be an exhaustive list of all citations on which Defendants may rely in their briefing.

| | | | File History of EP Patent No. 1,565,819, Reply to EP Patent Office, August 13, 2008, at page 1 (Exhibit 4). |
|---|---|---|---|
| (2, *generally*) "determining [an algorithm / a routing algorithm] for use by the switch [fabric / controller] in interconnecting" | '662 Patent, claim 1; '177 Patent, Claim 1, 13, 19; '388 Patent, claim 1 and 14 | **Proposed Construction:**<br><br>Plain and ordinary meaning,<br><br>or alternatively,<br><br>determining the rules in software to [configure/change] a path for [connecting one component with another / routing data between components]<br><br>**Intrinsic Evidence:**<br>The '662 Patent, 18:48-58; The '177 Patent, 18:16-26; The '388 Patent, 18:16-26.<br><br>The '662 Patent, 8:41-50; The '177 Patent, 8:30-39; The '388 Patent, 8:32-41. | **Proposed Construction:**<br><br>determining the rules in software to be executed by a switch to [configure/change] a path through the physical interconnections for [connecting one component with another / routing data between components], the determination not including consulting a table<br><br>**Intrinsic Evidence:**<br>'662 Patent: Col. 6:6-8, 9:55-65, 13:53-60; 19:28-31, 14:21-16:24, 16:62-17:44, 25:18-26, and Figs. 2-4, 6-8, and 11<br><br>File History of the '177 Patent: Amendment dated July 18, 2008 (Exhibit 1) and Amendment dated February 23, 2009 (Exhibit 2).<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at page 11 (Exhibit 3).<br><br>File History of EP Patent No. 1,565,819, Reply to EP Patent Office, August 13, 2008, at page 1 (Exhibit 4). |
| (2(a)) determining and changing the routing algorithm for use by the selectively | '177 Patent, Claim 1 | **Proposed Construction:**<br><br>Plain and ordinary meaning, | **Proposed Construction:**<br><br>determining and changing the rules in software to be executed by the selectively configurable switch |

2

| | | | |
|---|---|---|---|
| configurable switch fabric in interconnecting | | or alternatively,<br><br>determining and changing the rules in software to [configure/change] a path for [connecting one component with another / routing data between components]<br><br>**Intrinsic Evidence:**<br>*See* "(2, generally)" above. | fabric to change a path through the physical interconnections for connecting one component with another, the determination not including consulting a table<br><br>**Intrinsic Evidence:**<br>*See* "(2, generally)" above. |
| (2(b)) "determining a routing algorithm for use by a switch controller that executes software, including the routing algorithm, to configure a selectively configurable switch in connecting" | '177 Patent, Claim 13 | **Proposed Construction:**<br><br>Plain and ordinary meaning,<br><br>or alternatively,<br><br>determining the rules in software to [configure/change] a path for [connecting one component with another / routing data between components]<br><br>**Intrinsic Evidence:**<br>*See* "(2, generally)" above. | **Proposed Construction:**<br><br>determining the rules in software to be executed by a switch controller to configure a path through the physical interconnections for connecting one component with another, the determination not including consulting a table<br><br>**Intrinsic Evidence:**<br>*See* "(2, generally)" above. |
| (2(c)) determining the routing algorithm for use by the selectively configurable switch fabric in interconnecting | '388 Patent, Claim 1 | **Proposed Construction:**<br><br>Plain and ordinary meaning,<br><br>or alternatively,<br><br>determining the rules in software to [configure/change] a path for [connecting one | **Proposed Construction:**<br><br>determining the rules in software to be executed by the selectively configurable switch fabric to configure a path through the physical interconnections for connecting one component with another, the determination not including consulting a table |

| | | component with another / routing data between components]<br><br>**Intrinsic Evidence:**<br>*See* "(3, generally)" above. | **Intrinsic Evidence:**<br>*See* "(2, generally)" above. |
|---|---|---|---|
| (2(d)) "determining by a management system, a routing algorithm used by a switch controller that executes the routing algorithm to configure a configurable switch that connects" | '388 Patent, Claim 14 | **Proposed Construction:**<br><br>Plain and ordinary meaning,<br><br>or alternatively,<br><br>determining, by a management system, the rules in software to [configure/change] a path for [connecting one component with another / routing data between components]<br><br>**Intrinsic Evidence:**<br>*See* "(2, generally)" above. | **Proposed Construction:**<br><br>determining, by a management system, the rules in software to be executed by a switch controller to configure a path through the physical interconnections for connecting one component with another, the determination not including consulting a table<br><br>**Intrinsic Evidence:**<br>*See* "(2, generally)" above. |
| (3) "interconnecting the memory sections and the external device interfaces based on an algorithm" | '662 patent, Claim 1, 4, 5, 6, 12, 13;<br><br>'177 patent, claim 1;<br><br>'388 patent, claim 1 | **Proposed Construction:**<br><br>Plain and ordinary meaning,<br><br>or alternatively,<br><br>executing rules in software to configure selected interconnections based on an algorithm so as to connect the memory section and the external device | **Proposed Construction:**<br><br>executing rules in software to configure selected physical interconnections based on an algorithm so as to connect the memory section and the external device<br><br>**Intrinsic Evidence:**<br>'662 Patent: Col. 2:19-32, 4:19-30, 6:6-8, 9:55-65, 13:53-60; 19:28-31, 14:21-16:24, 16:62-17:44, 25:18-26, and Figs. 2-4, 6-8, and 11 |

4

| | | | |
|---|---|---|---|
| | | **Intrinsic Evidence:**<br><br>Summary Section of the Invention of the '662, '177 and '682 patents.<br><br>'622 Patent, Figure 6, Figure 7, 6:3-12, 9:52-64, 13:36 to 14:34, 18:59 to 19:2, 19:21 to 35, 21:5-30. 22:37-43;<br><br>'388 Patent, Figure 6, Figure 7, 7:63 to 8:4, 13:13-59; 18:27-37; 20:36-60; 21:64 to 22:3; 24:51-56; 9:41-53; 13:30-49; 14:30-34; 20:54 to 21:10.<br><br>'177 Patent: Figure 6, Figure 7, 7:63 to 8:4, 13:13-62; 18:27-37; 20:36-60; 21:64 to 22:3; 24:51-56; 9:41-53; 13:30-49; 14:30-34; 20:54 to 21:10. | File History of the '177 Patent: Amendment dated July 18, 2008 (Exhibit 1) and Amendment dated February 23, 2009 (Exhibit 2).<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at page 11 (Exhibit 3).<br><br>File History of EP Patent No. 1,565,819, Reply to EP Patent Office, August 13, 2008, at page 1 (Exhibit 4). |
| (4) "switch" | '177 Patent: Claims 5, 6, 8, 13, 14, 15, 16, 17, 18;<br><br>'388 Patent: Claims 2, 4, 5, 8, 9, 12, 13, 14, 15, 16;<br><br>'662 Patent: Claims 1, 3, 5, 12, 13, 14, 16, 17, 19, 20, 21 | **Proposed Construction:**<br><br>Plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br>The '662 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:51-60; The '388 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:47-56; 5:63-6:5; The '177 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:44-53; 5:60 to 6:2; 6:13 to 6:18. | **Proposed Construction:**<br><br>A device, external to the memory section and a management system, that includes one or more interfaces and a switch fabric, and that directs data requests and associated data between the memory section and other components of the system outside the switch<br><br>**Intrinsic Evidence:**<br>'662 Patent, FIGS. 2, 5-9, and 12<br>Col. 2:19-24; 4:53-55; 6:3-8; 6:23-28; 9:41-55; 9:60-64; 13:36-16:60; 17:57-18:3; 18:48-58; 19:4-7; 19:28-29; 21:5-30; 23:66-24:7<br><br>File History of U.S. Patent No. 7,543,177, Reply |

5

| | | | |
|---|---|---|---|
| | | | to Office Action, July 18, 2008, at 2-4 (Exhibit 1). File History of U.S. Patent No. 7,415,565, Examiner Interview Summary Record (Exhibit 7); and January 25, 2007 Amendment to the claims (Exhibit 8). File History of U.S. Patent No. 7,707,351, Reply to Office Action, July 7, 2005, at 28-29 (Exhibit 9). File History of U.S. Patent No. 7,707,351, February 21, 2006 Applicant Arguments/Remarks Made in an Amendment, at 29-31 (Exhibit 10). File History of U.S. Patent No. 7,707,351, Reply to Office Action, September 25, 2006, at pages 27-29 (Exhibit 11). File History of U.S. Patent No. 7,415,565, Reply to Office Action, February 24, 2006, at 23-24 (Exhibit 12). File History of U.S. Patent No. 7,707,351, Reply to Office Action, October 11, 2007, at 4 (Exhibit 6). File History of EP Patent No. 1,565,819, Reply to EP Patent Office, August 13, 2008, at 1 (Exhibit 4). |
| (5) "switch controller" | '177 Patent: Claims 1, 4, 13; | **Proposed Construction:** Plain and ordinary meaning | **Proposed Construction:** physical component within the switch and separate from the switch fabric, which controls the switch |

| | | | |
|---|---|---|---|
| | '388 Patent: Claims 1, 2, 5, 8, 12, 14, 16 | **Intrinsic Evidence:**<br>The '662 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:51-60; ; 9:41-51.The '388 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:47-56; 5:63-6:5; ; 9:30-40; The '177 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:44-53; 5:60 to 6:2; 6:13 to 6:18; 9:28-38. | **Intrinsic Evidence:**<br>'662 Patent, FIGS. 2, 5-9, and 12<br>Col. 2:19-24; 4:53-55; 6:3-8; 6:23-28; 9:41-55; 9:60-64; 13:36-16:60; 17:57-18:3; 18:48-58; 19:4-7; 19:28-29; 21:5-30; 23:66-24:7<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at 3 (Exhibit 1).<br><br>File History of U.S. Patent No. 7,415,565, Examiner Interview Summary Record (Exhibit 7); and January 25, 2007 Amendment to the claims (Exhibit 8).<br><br>File History of U.S. Patent No. 7,707,351, Reply to Office Action, July 7, 2005, at 28-29 (Exhibit 9).<br><br>File History of U.S. Patent No. 7,707,351, February 21, 2006 Applicant Arguments/Remarks Made in an Amendment, at 29-31 (Exhibit 10).<br><br>File History of U.S. Patent No. 7,707,351, Reply to Office Action, September 25, 2006, at pages 27-29 (Exhibit 11).<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, February 23, 2009, at 2, 10-11 (Exhibit 2). |
| (6) "switch fabric" | '177 Patent: Claims 1, 2, 3, 6, 7; | **Proposed Construction:**<br><br>Plain and ordinary meaning, | **Proposed Construction:**<br><br>the physical interconnection architecture within a switch that directs data from an incoming interface |

| | | | |
|---|---|---|---|
| | '388 Patent: Claims 1, 8; <br><br> '662 Patent: Claims 1, 4, 5, 6, 12, 13 | or alternatively, <br><br> the physical interconnection architecture that directs data from an incoming interface to an outgoing interface <br><br> **Intrinsic Evidence:** <br> The '662 Patent, 6:3-12; The '177 Patent, 5:60 to 6:2; The '388 Patent, 5:63 to 6:5. | to an outgoing interface <br><br> **Intrinsic Evidence:** <br> '662 Patent, FIGS. 2, 5-9, and 12 <br> Col. 2:19-24; 4:53-55; 6:3-8; 6:23-28; 9:41-55; 9:60-64; 13:36-16:60; 17:57-18:3; 18:48-58; 19:4-7; 19:28-29; 21:5-30; 23:66-24:7 <br><br> File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at 2-4 (Exhibit 1). <br><br> File History of U.S. Patent No. 7,415,565, Examiner Interview Summary Record (Exhibit 7); and January 25, 2007 Amendment to the claims (Exhibit 8). <br><br> File History of U.S. Patent No. 7,707,351, Reply to Office Action, July 7, 2005, at 28-29 (Exhibit 9). <br><br> File History of U.S. Patent No. 7,707,351, February 21, 2006 Applicant Arguments/Remarks Made in an Amendment, at 29-31 (Exhibit 10). <br><br> File History of U.S. Patent No. 7,707,351, Reply to Office Action, September 25, 2006, at 27-29 (Exhibit 11). |
| (7) "management system" | '177 Patent, Claims 1, 3, 4, 11, 13, 14, 18 | **Proposed Construction:** <br><br> Plain and ordinary meaning, <br><br> or alternatively, <br><br> system for reading or writing data, which is used for configuration management | **Proposed Construction:** <br><br> system external to switches and memory sections for controlling operations of one or more switches and one or more memory sections <br><br> **Intrinsic Evidence:** |

8

| | | | |
|---|---|---|---|
| | | **Intrinsic Evidence:**<br>The '662 Patent, 4:31-50, 3:27-39, 4:28-46, 5:9-31, 6:21-44; 7:39-64; 8:14-24;9:54 to 10:28; Figure 1, 2; The '177 Patent, 4:25-43, 3:25-38; 5:16-22; 6:19-35; 5:41-59; 6:25-40; 8:12-22; 7:37-62; 8:50-64; 9:52 to 10:25; Figure 1, 2; The '388 Patent, 3:27-39, 4:28-46, 5:19-25, 6:21-44; 7:39-64; 8:14-24;9:54 to 10:28; Figure 1, 2. | '662 Patent: Claims 1, 4- 6, 12-14, 17, 19-21; Abstract; 2:11-32; 5:24-37; 5:60-67; 6:13-22; 6:29-34; 6:63-10:67; 11:27-44; 13:10-14; 13:53-14:20; 19:26-35; 22:53-23:7; 23:66-24:12; 24:24-37; FIGS. 2, 3, 4, 5, 6, 7, 16 and associated descriptions<br><br>'177 Patent: Claims 1, 3, 4, 11, 13-14, 18; Abstract; 2:13-34; 5:16-27; 5:50-56; 6:3-12; 6:19-24; 6:62-10:48; 11:9-25; 12:54-58; 13:30-62; 18:59-67; 22:13-34; 23:26-38; 23:51-65; FIGS. 2, 3, 4, 5, 6, 7, 16 and associated descriptions<br><br>'388 Patent: Claims 1, 2, 8, 12, 14; Abstract; 2:16-37; 5:19-30; 5:53-59; 6:6-14; 6:21-26; 6:63-10:50; 11:11-27; 12:54-58; 13:30-62; 18:59-67; 22:13-34; 23:23-34; 23:46-58; FIGS. 2, 3, 4, 5, 6, 7, 16 and associated descriptions<br><br>File History of '177 Patent: July 18, 2008 Amendment, at 4-6 (Exhibit 1); February 23, 2009 Reply to Office Action, at 10-12 (Exhibit 2)<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at 11 (Exhibit 3).<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, February 24, 2006, at 23-24 (Exhibit 12 |
| (8) "memory device" | '662 Patent, Claims 1, 4, 5, 6, 9, 10, 11, 12, 13, | **Proposed Construction:**<br><br>Plain and ordinary meaning. | **Proposed Construction:**<br><br>Random access memory |

9

| | | | |
|---|---|---|---|
| | 14, 15, 16, 17, 18, 19, 20, 21; <br><br>'388 Patent, Claims 1, 2, 4, 5, 6, 8, 11, 13-17; <br><br>'177 Patent, claims 1, 5, 12, 13, 17 | **Intrinsic Evidence:** <br><br>The '662 Patent, 5:9-23, 8:34-40; 8:51-60; 11 1-26, figures 11, 14, 15; The '177 Patent, 5:1-15; 8:23-29; 8:40-49; 10:52 to 11:53, figures 11, 14, 15; The '388 Patent, 10:63 to 11:9, figures 11, 14, 15. | **Intrinsic Evidence:** <br>'662 Patent: Claims 1-3, 5, 10, and 14-16; 1:18-2:10; 3:28-42; 10:50-57; 11:12-21; FIGS. 5, 6, 7, 11, 15 and 16. <br><br>'388 Patent: Claims 4, 9, and 15. <br><br>File History of EP Patent No. 2,060,976, Reply to EP Patent Office, June 14, 2010, at 2 (Exhibit 5). |
| (9) "memory section" | '662, Claims 1-6, 9, 12, 13, 14, 17-21; <br><br>'388, Claims 1, 2, 5, 6, 8, 9, 11, 12, 13, 14, 16, 17; <br><br>'177 patent, Claims 1, 5, 12, 13, 15, 17 | **Proposed Construction:** <br><br>Plain and ordinary meaning, <br><br>or alternatively, <br><br>a subsystem including one or more memory devices for storing information <br><br>**Intrinsic Evidence:** <br><br>The '662 Patent, 5:1-14; 4:47-56; 5:9-23, 5:44-57; 6:5-37; 7:39 to 8:64; figures 5, 6, 7, and 16. The '177 Patent, 5:1-15; 4:47-56; 5:9-23, 5:44-57; 6:5-37; 7:39 to 8:64; figures 5, 6, 7, and 16. The '388 Patent, 4:47-56; 5:9-23, 5:44-57; 6:5-37; 7:39 to 8:64; figures 5, 6, 7, and 16. | **Proposed Construction:** <br><br>a subsystem including one or more memory devices for storing information, the subsystem acting independent from other subsystems <br><br>**Intrinsic Evidence:** <br>'662 Patent: 2:11-32; 5:9-23; 5:51-6:62; 7:47-10:57; 11:1-13:32; 26:30-29:13; FIGS. 2, 5-9; 16 and associated descriptions <br><br>'177 Patent: 2:13-34; 5:1-15; 5:41-6:52; 7:37-10:39; 10:50-13:10; 25:53-28:27; FIGS. 2, 5-9; 16 and associated descriptions <br><br>'388 Patent: 2:16-37; 5:4-18; 5:44-6:54; 7:39-10:41; 10:52-13:9; 25:47-28:24; FIGS. 2, 5-9; 16 and associated descriptions <br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at pages 2-4 (Exhibit 1). |

10

| | | | |
|---|---|---|---|
| (10) "memory section controller" | '662 Patent, Claims 1, 4, 5, 6, 9, 12, 13, 14, 17, 18, 19, 20, 21;<br><br>'388 Patent, Claims 1, 8, 14. | **Proposed Construction:**<br><br>Plain and ordinary meaning,<br><br>or alternatively,<br><br>a hardware or software component that controls a memory section<br><br>**Intrinsic Evidence:** | **Proposed Construction:**<br><br>A physical device that controls a memory section, and is separate from a memory device, switch, and management system<br><br>**Intrinsic Evidence:**<br>'662 Patent: Claims 1, 4-6, 12-14, 17, 19-21; Abstract; 2:11-32; 8:34-60; 11:1-13:32; 13:53-57; 19:4-20:34; 21:5-22:43; 22:53-23:7; 23:31-55; 24:12-23; 24:45-25:14; FIGS. 5-7; 16 and |

| | | The '662 Patent, 5:1-14; The '177 Patent, 5:1-15; The '388 Patent, 5:9-23;<br><br>Figures 5-7 and Summary Section of the Invention | associated descriptions<br><br>'177 Patent: Claims 1, 4, 12-14; Abstract; 2:13-34; 8:23-49; 10:50-13:10; 18:38-19:65; 20:36-22:3; 22:13-34; 22:57-23:14; 23:39-50; 24:6-42; FIGS. 5-7; 16 and associated descriptions<br><br>'388 Patent: Claims 1, 8, 11, 14; Abstract; 2:16-37; 8:25-51; 10:52-13:9; 13:30-34; 18:38-19:65; 20:36-22:3; 22:13-34; 22:57-23:14; 23:35-45; 23:66-24:35; FIGS. 5-7; 16 and associated descriptions<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at 3-5 (Exhibit 1).<br><br>File History of U.S. Pat. No. 7,707,351: Oct. 11, 2007 Reply, at 3-5 (Exhibit 6). |
|---|---|---|---|
| (12) "removing from service the memory section from which the fault message was received" | '622 Patent, Claims 1, 4, 5, 6, 12-14, 17, 19, 20, 21;<br><br>'177 Patent, Claims 13 and 19;<br><br>'388 Patent, Claims 7 and 14 | **Proposed Construction:**<br><br>Plain and ordinary meaning,<br><br>or alternatively,<br><br>suspending normal read and write operations to the failed memory device<br><br>**Intrinsic Evidence:**<br>Summary Section of the Invention, '662 Patent, '177 Patent, '388 Patent.<br>'662 Patent; 8:7-22; 9:51 to 10:7; '388 Patent, 8:14-65, 10:28-41; '177 Patent, 8:12-63, 10:26-39. | **Proposed Construction:**<br><br>Configuring the switch/switch fabric to change physical interconnections so as to disconnect the faulty memory section from the storage system<br><br>**Intrinsic Evidence:**<br>All independent claims<br>'662 Patent: 8:6-19; 8:61-9:7.<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at 2-4, 6 (Exhibit 1). |

| | | | |
|---|---|---|---|
| (11) "non-volatile storage device" | '662 Patent, Claim 1. 2, 14-16;<br><br>388 Patent, Claims 4, 9, and 15 | **Proposed Construction:**<br><br>Plain and ordinary meaning,<br><br>or alternatively,<br><br>dedicated storage device which is capable of retaining data without power<br><br>**Intrinsic Evidence:**<br>'622 Patent, figure 1, 3:27-41; '388 Patent, figure 1, 3:27-40; 10:28-41; '177 Patent, figure 1, 3:25-38; 10:26-39. | **Proposed Construction:**<br><br>dedicated storage device separate from a memory section, which stores back-up versions of data and is capable of retaining data without continuous power<br><br>**Intrinsic Evidence:**<br>'662 Patent, Claims 1-3, 5, 10, and 14-16; 3:39-41; 4:19-30; 10:44-57; 15:9-22; 19:21-35; FIGS. 1 and 2.<br><br>'388 Patent, Claims 4, 9, and 15. |

13

# EXHIBIT B

## STATEMENT OF AGREED-UPON TERMS

| Claim Term | Patent (Claims) | Agreed Upon Construction |
|---|---|---|
| (1) "fault" | '177 Patent: Claims 1, 13, 19; '388 Patent: Claims 1, 2, 3, 7, 8; '662 Patent: Claims 14, 17, 19, 20, 21 | Operational failure. |
| (2) "error" | '388 Claim 14 | Same as "fault," *supra* ("operational failure") |
| (3) "fault message" | '177 Patent: Claims 1, 3, 19; '388 Patent: Claims 1, 7, 8, 14, 15; '662 Patent: Claims 1, 3, 4, 5, 6, 12, 13, 14, 17, 19, 20, 21 | Communication identifying that a fault has occurred and providing information regarding the fault. |
| (4) "inactivating" | '177 Patent: Claim 1; '388 Patent: Claims 1, 8 | Means the same as "removing from service the memory section from which the fault message was received" (subject to the Court's construction of related terms). |
| (5) "memory section controller capable of detecting faults in the memory section" | '177 Patent: Claim 1; '388 Patent: Claims 1, 5, 8, 16; '662 Patent: Claims 1, 4, 5, 6, 12, 13 | Plain and ordinary meaning (subject to the construction of "fault," "memory section," and "memory section controller." |
| (6) "outputs" | '662 Patent: Claims 10, 11 | Plain and ordinary meaning |

| | | |
|---|---|---|
| (7) "receiving fault messages from the memory section controller(s)" | '177 Patent: Claim 1; '388 Patent: Claim 1; '662 Patent: Claims 1, 4, 5, 6, 12, 13 | Plain and ordinary meaning (subject to the construction of "fault message" and "memory section controller") |
| (8) "shift register" | '662 Patent: Claims 5, 10, 11, 19, 20 | Any register, device, stage or anything else with one or more selectable inputs that allows a signal to be received at an input and then output on the occurrence of some event, such as, for example, a control or clock signal |
| (9) "storage location" | '177 Patent: Claims 1, 5, 13, 15, 19; '388 Patent: Claims 1, 2, 6, 7, 8, 14, 17; '662 Patent: Claims 1, 4, 5, 6, 9, 12, 13, 14, 17, 18, 19, 20, 21 | Plain and ordinary meaning |
| (10) "transmitting a fault message to the detected fault(s) | '177 Patent: Claims 1, 13, 19; '388 Patent: Claim 1; '662 Patent: Claims 1, 4, 5, 6, 12, 13, 14, 17, 19, 20, 21 | Plain and ordinary meaning (subject to the construction of "fault" and "fault message.") |
| (11) store a back-up of data stored by one or more of the memory sections into the non-volatile storage device | '662 Patent: Claim 2 | Plain and ordinary meaning (subject to the construction of "memory sections" and "non-volatile storage device") |

15