IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-367-RGA |
| GOOGLE INC., | ) |
| Defendant. | ) |
| PARALLEL IRON, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:12-cv-879-RGA |
| MOTOROLA MOBILITY LLC, | ) |
| Defendant. | ) |

## STIPULATED MOTION FOR DISMISSAL

The plaintiff, Parallel Iron, LLC, and defendant, Google Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims WITH PREJUDICE, and counterclaims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated December 19, 2013, with each party to bear its own costs, expenses and attorneys' fees.

The plaintiff, Parallel Iron, LLC, and defendant, Motorola Mobility LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims WITH PREJUDICE, and counterclaims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated December 19, 2013, with each party to bear its own costs, expenses and attorneys' fees.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Paul Saindon* |
| Stamatios Stamoulis #4606 | Jack B. Blumenfeld (#1014) |
| stamoulis@swdelaw.com | jblumenfeld@mnat.com |
| Richard C. Weinblatt #5080 | Paul Saindon (#5110) |
| weinblatt@swdelaw.com | psaindon@mnat.com |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 658-9200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Parallel Iron, LLC* | *Google Inc. and Motorola Mobility LLC* |

IT IS SO ORDERED this 30th day of December, 2013.

_____
The Honorable Richard G. Andrews
United States District Judge